# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

| JOSE DEL REFUGIO PALOMAR-MARTINEZ | Case No.   2:12cr04-MEF-01 |
|---|---|
| | USM No.   07014-017 |
| | Nicole Ramos |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   _2 and 3_   of the petition filed 4/13/12.

X   was found in violation of condition(s)   _1_   after a plea of no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant committed another federal, state of local crime | 7/11/2011 |
| 2 | Defendant committed another federal, state of local crime | 7/12/2011 |
| 3 | Defendant failed to cooperate with the Probation Department and/or Immigration and Customs Enforcement | 7/12/2011 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _1642_

Defendant's Year of Birth:   _1975_

City and State of Defendant's Residence:
_Mexico_

May 16, 2012
Date of Imposition of Judgment

_/s/ Mark E. Fuller_
Signature of Judge

Mark E. Fuller, United States District Judge
Name and Title of Judge

29 MAY 2012
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page    2    of    2

DEFENDANT:        JOSE DEL REFUGIO PALOMAR-MARTINEZ
CASE NUMBER:      2:12cr04-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **24 Months.**   The term of supervised release imposed on October 27, 2008 is REVOKED. Defendant is to be given credit for time served in the custody of either State of Alabama or in federal custody for charge occurring 7/11/11 in Florala, Covington County, Alabama. This sentence is imposed for the following reasons: defendant's blatant contempt for his conditions of supervision; to promote respect for the law; to reflect the seriousness of the offense; to provide just punishment for the violation offense; to afford adequate deterrence to criminal conduct; and to protect the public from further crimes of the defendant.

- X  The court makes the following recommendations to the Bureau of Prisons:
     The Court recommends defendant be designated to a facility as close to his family in San Antonio, Texas as possible.

- X  The defendant is remanded to the custody of the United States Marshal.

- ☐  The defendant shall surrender to the United States Marshal for this district:
     - ☐  at _____ ☐ a.m. ☐ p.m. on _____ .
     - ☐  as notified by the United States Marshal.

- ☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     - ☐  before 2 p.m. on _____ .
     - ☐  as notified by the United States Marshal.
     - ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL